

# NUMBER 13-09-00304-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LAS BRISAS COUNCIL OF CO-OWNERS, INC.;
RICHARD REINHART; LEANNA BOUNDS;
GAYLE WARREN, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF BRACK WARREN, DECEASED;
JOHN CURTIS; NORMAN GLASSON; TED NANCE;
MERLE SCHILLO; JEWEL WOODS;
AND DEBORAH L. DUGOSH,                                    Appellants,

v.

JOHN H. JANZ, TIM CLOWER AND WIFE,
DOTTIE CLOWER, ET AL.,                                    Appellees.

On appeal from the 214th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam

This case is before the Court on a joint motion to remand for dismissal of the case. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court remand this case to the trial court for rendition of a judgment in accordance with the agreement of the parties.

The joint motion to remand for dismissal of the case is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

PER CURIAM

Delivered and filed the
6th day of May, 2010.